The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMIEN DREIS,<br><br>        Plaintiff,<br><br>        vs.<br><br>DEARBORN NATIONAL LIFE INSURANCE COMPANY, a foreign corporation,<br><br>        Defendant. | Case No. 2:14-cv-00620-MJP<br><br>**ORDER GRANTING DEFENDANT'S MOTIONS *IN LIMINE***<br><br>**[PROPOSED]** |

This matter having come before the Court on Defendant Dearborn National Life Insurance Company's ("Dearborn National's") Motions *in Limine*, and the Court having reviewed the motions and the accompanying declaration and exhibits, and Plaintiff's response and the accompanying declaration(s) and exhibit(s), the Court hereby GRANTS Defendant's Motions *in Limine* as follows:

    1.    James Healy is hereby excluded from testifying as a witness at trial.

    2.    All evidence, testimony, or argument of counsel about alleged "willful" withholding of wages of Plaintiff Damien Dreis ("Dreis") by Dearborn National, or RCW 49.52.050–.070, is hereby excluded.

    3.    All evidence, testimony, or argument of counsel about alleged actions or statements of former Dearborn National employee Larry Meitl constituting the actions or

**[Proposed] ORDER GRANTING DEFENDANT'S MOTIONS *IN LIMINE* -** 1
Case No. 2:14-cv-00620-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

statements of Dearborn National is hereby excluded.

4. All evidence, testimony, or argument of counsel about severance offers made or severance paid by Dearborn National to any non-party individual is hereby excluded.

5. All evidence, testimony, or argument of counsel about alleged hearsay statements by Larry Meitl to non-party individuals about the nature or amount of severance payments to be made by Dearborn National is hereby excluded.

6. All evidence, testimony, or argument of counsel about alleged violations of the policies of Dearborn National or Dearborn National parent company Health Care Service Corporation ("HCSC") by Dearborn National or Dearborn National employees is hereby excluded.

7. All evidence, testimony, or argument of counsel about Dreis's last day of employment with Dearborn National being any day other than February 4, 2015, is hereby excluded.

8. All evidence, testimony, or argument of counsel about Dreis giving "two weeks' notice" to Dearborn National is hereby excluded.

9. Any reference to dispositive motions in this case or the Court's rulings thereon is hereby excluded.

10. Counsel for Plaintiff is prohibited from using deposition transcript or video recording excerpts for any purpose other than impeachment, including during opening statements and closing arguments, with the exception of their use for truly unavailable witnesses, or of Dearborn National's 30(b)(6) representative's testimony, which may be used for any purpose.

DATED: _____

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

**[Proposed] ORDER GRANTING DEFENDANT'S MOTIONS *IN LIMINE*** - 2
Case No. 2:14-cv-00620-MJP

Presented by:

*/s/ Thomas P. Holt*
James G. Zissler, WSBA No. 30287
jzissler@littler.com
Thomas P. Holt, WSBA No. 39722
tholt@littler.com
**LITTLER MENDELSON, P.C.**
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
Telephone: 206.623.3300
Facsimile: 206.447.6965

Attorneys for Defendant
DEARBORN NATIONAL LIFE
INSURANCE COMPANY, a foreign
corporation

**[Proposed] ORDER GRANTING DEFENDANT'S MOTIONS *IN LIMINE*** - 3
Case No. 2:14-cv-00620-MJP

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on July 27, 2015, I electronically filed the foregoing **PROPOSED ORDER GRANTING DEFENDANT'S MOTIONS *IN LIMINE*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Honorable Marsha J. Pechman and to the following:

**Attorneys for Plaintiff**

**Michael S. Wampold, WSBA No. 26053**
**Mallory C. Allen, WSBA No. 45468**
**PETERSON WAMPOLD ROSATO LUNA KNOPP**
**1501 Fourth Ave., Suite 2800**
**Seattle, WA 98101-1609**

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated July 27, 2015

*s/ Thomas P. Holt*
Thomas P. Holt
THolt@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:134942108.1 075686.1002

[Proposed] ORDER GRANTING DEFENDANT'S
MOTIONS *IN LIMINE* - 4
Case No. 2:14-cv-00620-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300