Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAMIEN DREIS,<br><br>                Plaintiff,<br><br>     v.<br><br>DEARBORN NATIONAL LIFE INSURANCE COMPANY, a foreign corporation,<br><br>                Defendant. | NO. 2:14-CV-00620-MJP<br><br>PLAINTIFF'S PROPOSED NEUTRAL STATEMENT<br><br>Trial Date: September 8, 2015 |

      Plaintiff Damien Dreis worked for Defendant Dearborn National Life Insurance Company for three years. In late 2012/early 2013, Dearborn National laid off approximately 200 employees in a companywide Reduction in Force. Mr. Dreis was one of the affected employees.

      Mr. Dreis claims that Dearborn National negligently or intentionally misled him concerning the amount of the severance that was provided to affected employees so that Mr. Dreis would resign before receiving the severance. Dearborn National denies that it did so, and claims that Mr. Dreis is at fault.

//

//

//

//

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

DATED this 19th day of August, 2015.

**PETERSON | WAMPOLD
ROSATO | LUNA | KNOPP**


*/s/Mallory C. Allen*
*/s/Michael S. Wampold*
Mallory C. Allen, WSBA No. 45468
Michael S. Wampold, WSBA No. 26053
Attorneys for Plaintiff
1501 4th Avenue, Suite 2800
Seattle, WA 98101
Ph. (206) 624-6800
allen@pwrlk.com
wampold@pwrlk.com

PROPOSED NEUTRAL STATEMENT - 2
CASE NO. 2:14-CV-00620-MJP
93143

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Dated**: August 19, 2015

                                          **PETERSON | WAMPOLD
ROSATO | LUNA | KNOPP**

                                          */s/ Elizabeth Chandler*
Elizabeth Chandler, Paralegal
1501 4th Avenue, Suite 2800
Seattle, WA 98101
Ph. 206-624-6800
Email: elizabeth@pwrlk.com

PROPOSED NEUTRAL STATEMENT - 3
CASE NO. 2:14-CV-00620-MJP
93143

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415