Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DAMIEN DREIS,

                Plaintiff,

    v.

DEARBORN NATIONAL LIFE
INSURANCE COMPANY, a foreign
corporation,

                Defendant.

NO. 2:14-CV-00620-MJP

AGREED PRETRIAL ORDER

Trial Date: September 8, 2015

Under Local Court Rule 16 and the Court's Minute Order Setting Trial Dates & Related Dates (Dkt. 33 and 34), the parties submit this Agreed Pretrial Order:

## I.   JURISDICTION

Dearborn National is an insurance company organized under the laws of the State of Illinois, with its principal place of business in Illinois. Plaintiff is a resident of Washington State. Plaintiff filed suit in King County Superior Court on March 25, 2014. Dearborn National removed the case to the United States District Court, Western District of Washington, on April 25, 2014, citing 28 U.S.C. § 1332(a) and § 1441(a). Plaintiff has not objected to the jurisdiction of the federal court. Accordingly, jurisdiction is appropriate based on diversity of citizenship of the parties.

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

## II.   CLAIMS AND DEFENSES

**Plaintiff will pursue the following claims at trial:**

1.   Negligent misrepresentation by affirmative misstatement.

2.   Negligent misrepresentation by failure to disclose.

3.   Fraud.

**Defendant will pursue the following claims at trial:**

1.   Plaintiff's Complaint fails to state claims upon which relief may be granted.

2.   Plaintiff's claims are barred in whole or in part by his own acts and omissions (contributory negligence).

## III.   ADMITTED FACTS

1.   Mr. Dreis applied to work at Dearborn National on May 10, 2010.

2.   Dearborn National offered Mr. Dreis a position as Regional Sales Manager I on May 11, 2010.

3.   During Mr. Dreis's employment, he was classified as Job Grade 18 under the employee position classification system.

4.   Had Mr. Dreis remained employed by Dearborn National on February 19, 2013, Dearborn National would have offered him a severance payment of $607,779.84 as consideration for his entry into a release of claims against Dearborn National, HCSC, and its related companies.

5.   At time of Mr. Dreis's resignation, Dearborn National had prepared a draft packet of information to provide to him about the RIF in the event that he remained employed at Dearborn National on February 19, 2013.

6.   Mr. Dreis accepted a job at Guardian on January 18, 2013.

7.   Mr. Dreis began his new job at Guardian National Life Insurance ("Guardian") on February 5, 2013.

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

## IV.  ISSUES OF LAW

**Plaintiff's proposed issues of law:**

1.      Whether Dearborn is liable for negligent misrepresentation by affirmative misstatement.

2.      Whether Dearborn is liable for negligent misrepresentation by failure to disclose.

3.      Whether Dearborn National is liable for fraud.

4.      Whether Dearborn National withheld or diverted any portion of Mr. Dreis's wages under RCW 49.48.010 and/or RCW 49.46.090.

5.      Whether Plaintiff is entitled to pre-judgment interest.

6.      Whether Plaintiff is entitled to fees and costs under RCW 49.46.090 and/or RCW 49.48.030.

**Defendant's proposed issues of law:**

1.      Whether Plaintiff's own negligence contributed to his alleged damages, if any.

2.      Whether Plaintiff is barred from seeking damages for alleged emotional distress on his negligence claims. *E.g.*, *Gaglidari v. Denny's Restaurants, Inc.*, 117 Wn.2d 426, 447–48, 815 P.2d 1362 (1991); *see also* Restatement (Second) of Torts § 552B ("The damages recoverable for a negligent misrepresentation are those necessary to compensate the plaintiff for the *pecuniary loss* to him of which the misrepresentation is a legal cause.") (emphasis added).

3.      Whether Dearborn National is entitled to attorney's fees and costs as a result of Plaintiff bringing and/or continuing to maintain claims for breach of contract and breach of the duty of contractual good faith and fair dealing based on Dearborn National policies that Plaintiff knew he had never read during his employment, and notwithstanding Plaintiff's knowledge of a prominent disclaimer that such policies were not contractual in nature.

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

## V.   WITNESSES

**On behalf of Plaintiff:**

| WITNESS | NATURE OF TESTIMONY | STATUS |
|---|---|---|
| Damien Dreis<br>c/o PWRLK<br>1501 Fourth Ave, Suite 2800<br>Seattle, WA 98101<br>Ph. – (206) 624-6800 | Plaintiff Damien Dreis will testify concerning his employment with Dearborn, the circumstances surrounding his departure from Dearborn, as well as any facts that pertain to the claims at issue in this lawsuit. | Will testify |
| Larry Meitl<br>c/o Littler Mendelson, P.C.<br>One Union Square<br>600 University St<br>Suite 3200<br>Seattle, WA 98101<br>Ph. –(206) 623-3300 | Mr. Meitl was Dearborn's Regional Vice President of the West Region, and Mr. Dreis's boss. Portions of Mr. Meitl's video deposition testimony may be played during Plaintiff's case in chief or in rebuttal. | Will testify |
| James Healy<br>(303) 919-1095 | Mr. Healy held a comparable sales position to Mr. Dreis during the relevant time period. Mr. Healy will testify concerning his employment with Dearborn, the circumstances surrounding his departure from Dearborn, as well as any facts that pertain to the claims at issue in this lawsuit. | Will testify |
| Brian Griffin<br>c/o Littler Mendelson, P.C.<br>One Union Square<br>600 University St<br>Suite 3200<br>Seattle, WA 98101<br>Ph. –(206) 623-3300 | Mr. Griffin was the National Vice President of Sales at Dearborn during the relevant time period. Portions of Mr. Griffin's video deposition testimony may be played during Plaintiff's case in chief or in rebuttal. | Possible witness only |
| Karen Kozloswki<br>c/o Littler Mendelson, P.C.<br>One Union Square<br>600 University St<br>Suite 3200<br>Seattle, WA 98101<br>Ph. –(206) 623-3300 | Ms. Kozlowski was Dearborn's Senior Director of Human Resources during the relevant time period. Portions of Ms. Kozlowski's video deposition testimony may be played during Plaintiff's case in chief or in rebuttal. | Will testify |
| David Burghard,<br>Dearborn's CR 30(b)(6) witness<br>c/o Littler Mendelson, P.C.<br>One Union Square<br>600 University St<br>Suite 3200 | Mr. Burghard was designated as Dearborn's 30(b)(6) corporate representative. Portions of Mr. Burghard's video deposition testimony may be played during Plaintiff's case in chief or in rebuttal. | Will testify |

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

| Seattle, WA 98101<br>Ph. –(206) 623-3300 | | |
|---|---|---|
| Michelle Vosdoganes<br>c/o Littler Mendelson, P.C.<br>One Union Square<br>600 University St<br>Suite 3200<br>Seattle, WA 98101<br>Ph. –(206) 623-3300 | Ms. Vosdoganes was part of Dearborn's human resources department and worked with Ms. Kozlowski during the relevant time period. Portions of Ms. Vosdoganes's video deposition testimony may be played during Plaintiff's case in chief or in rebuttal. | Possible witness only |

**On behalf of Defendant:**

| NAME | ADDRESS/PHONE NUMBER | SUBJECTS OF INFORMATION | STATUS |
|---|---|---|---|
| Larry Meitl | 8541 Hunts Point Ln.<br>Hunts Point, WA 98004<br>Ph: (206) 484-8435 | At all times relevant to this case, Mr. Meitl was the Regional Vice President of Sales for the Western Region and Plaintiff's immediate supervisor. He will testify about the Plaintiff's resignation, and about the notifications regarding Dearborn's RIF that were issued on February 19, 2013. | Will testify. |
| Brian Griffin | To be provided upon request | At all times relevant to this case, Mr. Griffin was the Vice President of Sales at Dearborn National and/or the Divisional Senior Vice President of Sales, with national oversight of Sales at Dearborn National. He will testify about the timing of Plaintiff's resignation, and about the notifications regarding Dearborn's RIF that were issued on February 19, 2013. | Will testify. |
| Karen Kozlowski | To be provided upon request | Ms. Kozlowski was the Human Resources Director at Dearborn National at times relevant to this case. She will testify about the RIF process at Dearborn. | Will testify. |
| David Burghard | c/o Littler Mendelson, P.C. | Mr. Burghard was the Executive Director of Sales Operations and Corporate Communications at Dearborn National during periods relevant to the Plaintiff's claims. He may testify about the timing of Plaintiff's resignation, and about the notifications regarding Dearborn's RIF that were issued on February 19, 2013. | Possible witness only. |
| Nino Lazaro | c/o Maggie W. Trinh Farbstein & Blackman | Mr. Lazaro held the same position at Dearborn National as did the Plaintiff | Will testify. |

AGREED PRETRIAL ORDER- 5
CASE NO. 2:14-CV-00620-MJP
93578

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

| 411 Borel Ave. Suite 425 San Mateo, CA 94402 Ph: (650) 554-6200 | during periods relevant to this case. He will testify about the Plaintiff's statements to him, communications from Dearborn National, and the administration of the 2013 RIF. Depending on Mr. Lazaro's availability, excerpts of his deposition may be read in lieu of live testimony. | |

## VI. EXHIBITS

Plaintiff's list of proposed trial exhibits:

| No. | Exhibit | Stipulated Authentic and Admissible | Authenticity Stipulated, Admissibility Disputed | Authenticity and Admissibility Disputed |
|---|---|---|---|---|
| | **Plaintiff's Exhibits** | | | |
| 1 | Letter – DREIS00052–53 | X | | |
| 2 | Email – DNIC 003546 | | Fed. R. Evid. 401, 402, 403 | |
| 3 | Email – DNIC 003592 | | Fed. R. Evid. 401, 402, 403 | |
| 4 | Email with attached spreadsheet – DNIC 002869–72 | X | | |
| 5 | Email with attached spreadsheet – DNIC 003800–08 | X | | |
| 6 | Meeting agenda – DNIC 004024–27 | | Fed. R. Evid. 401, 402, 403 | |
| 7 | Email – DNIC 000273 | | Fed. R. Evid. 401, 402, 403; cumulative | |
| 8 | Email – DNIC 001168 | | Fed. R. Evid. 401, 402, 403 | |
| 9 | Email with attached spreadsheet – DNIC 003551–55 | X | | |
| 10 | Spreadsheet – DNIC 005347-50 | X | | |
| 11 | ADEA report – DNIC 001632–51 | | Fed. R. Evid. 401, 402, 403 | |
| 12 | Letter – DNIC 000652 | X | | |
| 13 | Email – DNIC 004902 | | Fed. R. Evid. 401, 402, 403 | |
| 14 | Meeting agenda – DNIC 000678–80 | | Fed. R. Evid. 401, 402, 403 | |

AGREED PRETRIAL ORDER- 6
CASE NO. 2:14-CV-00620-MJP
93578

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

| No. | Exhibit | Stipulated Authentic and Admissible | Authenticity Stipulated, Admissibility Disputed | Authenticity and Admissibility Disputed |
|---|---|---|---|---|
| 15 | Email with attached spreadsheet – DNIC 005825–27 | X | | |
| 16 | Email from Damien Dreis to Jim Healy – No Bates | X | | |
| 17 | Email with attached spreadsheet – DNIC 005188–95 | | Fed. R. Evid. 401, 402, 403 | |
| 18 | Email – DNIC 00068–89 | X | | |
| 19 | Email – DNIC 004262 | X | | |
| 20 | Email with attached "Talking Points" – DNIC 005165–67 | X | | |
| 21 | Email with attached "Organizational Design & Transition Plan" – DNIC 004636–41 | | Fed. R. Evid. 401, 402, 403 | |
| 22 | Email with attached spreadsheet – DNIC 002971–75 | X | | |
| 23 | Email – DNIC 004176 | | Fed. R. Evid. 401, 402, 403 | |
| 24 | Email from Jim Healy to Dave Burghard – No Bates | | Fed. R. Evid. 401, 402, 403 | |
| 25 | Email with attached spreadsheet – DNIC 004154–57 | X | | |
| 26 | Email with attached "Call List" – DNIC 004529–35 | X | | |
| 27 | Letter – DREIS00023 | X | | |
| 28 | Email – DNIC 001098–99 | X | | |
| 29 | Email – DNIC 000695–96 | X | | |
| 30 | Email – DNIC 000592 | X | | |
| 31 | Email – DNIC 004543 | | Fed. R. Evid. 401, 402, 403 | |
| 32 | Email – DNIC 000612 | X | | |
| 33 | Email – DNIC 006312–13 | | Fed. R. Evid. 401, 402, 403 | |
| 34 | Email – DNIC 000593–95 | X | | |
| 35 | Email – DNIC 006596 | | Fed. R. Evid. 401, 402, 403 | |
| 36 | Email between Jim Healy and Michelle Vosdoganes – No Bates | | Fed. R. Evid. 401, 402, 403; Fed. R. Evid. 802 | |

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

| No. | Exhibit | Stipulated Authentic and Admissible | Authenticity Stipulated, Admissibility Disputed | Authenticity and Admissibility Disputed |
|---|---|---|---|---|
| 37 | Reduction-in-Force Acknowledgment Form for Damien Dreis – DNIC 001671–76 | X | | |
| 38 | Reduction-in-Force Policy – DNIC 000006–15 | | Fed. R. Evid. 401, 402, 403 | |
| 39 | Separation Policy Offer DNIC 000016 | X | | |
| 40 | Organization Overview – DNIC 008014 | X | | |
| 41 | Group Sales Incentive Plan – DREIS00011–22 | X | | |
| 42 | Health Care Service Corporation Job Description – DNIC 000058–59 | X | | |
| 43 | Paystubs – No Bates; DREIS00626 | X | | |
| 44 | Email – DNIC 003574 | | Fed. R. Evid. 401, 402, 403 | |
| 45 | February and January Roll-Up Chart – DNIC 007833–37 | | Fed. R. Evid. 401, 402, 403 | |
| 46 | Spreadsheet – DNIC 001169–75 | | Fed. R. Evid. 401, 402, 403 | |
| 47 | Notice of Videotaped Deposition of Dearborn National Life Insurance Company Pursuant to Fed. R. Civ. P. 30(b)(6); Subpoena in a Civil Case – No Bates | | Fed. R. Evid. 401, 402, 403 | |
| **Defendant's Exhibits** | | | | |
| 101 | Application for Employment – DNIC 000031–34 | X (if private information is redacted) | | |
| 102 | Sales Executive job description – DNIC 000060–62 | X | | |
| 103 | Policy receipt acknowledgment – DNIC 000049 | | FRE 402, 403 | |
| 104 | December 13, 2012 email – DREIS00232 | X | | |
| 105 | December 13, 2012 email - DREIS00230 | X | | |
| 106 | Plaintiff's discovery responses – No bates (Ex. 10 to Dreis deposition) | | FRE 403 | |

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

| No. | Exhibit | Stipulated Authentic and Admissible | Authenticity Stipulated, Admissibility Disputed | Authenticity and Admissibility Disputed |
|---|---|---|---|---|
| 107 | "Dear colleagues" letter – DNIC 000002–03 | | FRE 602; 802; 403 (cumulative) | |
| 108 | Email – DNIC 005744 | | FRE 106 (missing attached spreadsheet) | |
| 109 | Email and attached spreadsheet – DNIC 002971–75 | | FRE 403 (cumulative to Ex. 22) | |
| 110 | Email – DNIC 000018 | X | | |
| 111 | Letter – DNIC 000017 | | FRE 403 (cumulative to Ex. 27) | |
| 112 | Termination of Employment Policy – DNIC 000140–43 | X | | |
| 113 | Email – DNIC 001615–16 | | FRE 802; 403 | |
| 114 | WARN Notice – DNIC 000226 | X | | |
| 115 | Reduction-in-Force Acknowledgment Form and Separation Package – DNIC 1671–76 | X | | |
| 116 | Dear Colleagues letter – DNIC 000004–05 | | FRE 602; 802; 403 | |
| 117 | RIF Restructuring Summary form – DNIC 000015 | X | | |
| 118 | FYI Blue front page – DNIC 000001 | | FRE 402; 403 | |
| 119 | Resume – DNIC 000050 | X | | |
| 120 | Resume – DREIS00264 | X | | |
| 121 | Meitl RIF packet – MEITL00001–36 | X | | |
| 122 | Itinerary – DNIC 000599–600 | X | | |
| 123 | Email – DNIC 001102 | | FRE 402; 403 | |
| 124 | WARN Notice – DNIC 000223 | X | | |
| 125 | WARN Notice – DNIC 000259 | X | | |
| 126 | Email – DNIC 000702–03 | X | | |
| 127 | Dear Colleagues letter (email form) – DNIC 002876 | X | | |
| 128 | Email – DNIC 004906 | X | | |

AGREED PRETRIAL ORDER- 9
CASE NO. 2:14-CV-00620-MJP
93578

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

## VII.   STIPULATIONS

The parties have stipulated that, at or before the close of each court day during trial, each party shall disclose to the other party the identity of all witnesses, other than witnesses offered solely for impeachment, that the party intends at that time to call to testify the following day. Dkt 38; 42.

However, nothing in this stipulation prevents a party from calling a witness to testify if the witness is not so disclosed but the party later determines that a witness's testimony is necessary to its case.  In that event, the party shall make the witness known to the other party as soon as practicable.

DATED this ___8___ day of ~~August~~ Sept, 2015.

_____          _____
                                           Honorable Marsha Pechman
                                           United States District Judge


Dated:  August 19, 2015                              Dated:  August 19, 2015

Counsel for Plaintiff Damien Dreis          Counsel for Defendant Dearborn National

/s/Mallory C. Allen                                    /s/ James G. Zissler
/s/ Michael S. Wampold                                 /s/ Thomas P. Holt
Mallory C. Allen, WSBA No. 45468              Thomas P. Holt, WSBA No. 39722
allen@pwrlk.com                                        tholt@littler.com
Michael S. Wampold, WSBA No. 26053            James G. Zissler, WSBA No. 30287
wampold@pwrlk.com                                      jzissler@littler.com
PETERSON | WAMPOLD                              LITTLER MENDELSON, P.C.
ROSATO | LUNA | KNOPP                              ONE UNION SQUARE
1501 4th Avenue, Suite 2800                  600 University Street, Suite 3200
Seattle, WA  98101                             Seattle, WA  98101-3122
Ph. (206) 624-6800                             Telephone:  206.623.3300

AGREED PRETRIAL ORDER- 10
CASE NO. 2:14-CV-00620-MJP
93578

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Dated**: August 19, 2015

/s/ Elizabeth Chandler
Elizabeth Chandler, Paralegal
1501 4th Avenue, Suite 2800
Seattle, WA  98101
Ph. 206-624-6800
Email:  elizabeth@pwrlk.com

AGREED PRETRIAL ORDER- 11
CASE NO. 2:14-CV-00620-MJP
93578

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415